AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ **DISTRICT OF** _____
**MASSACHUSETTS**

UNITED STATES OF AMERICA

**V.**

JULIO CARRION SANTIAGO, PEDRO ALBERTO
MIRANDA, REYNALDO RIVERA, JOSE RODRIGUEZ,
ENRIQUE AGOSTO, JOSE TORRADO, CARLOS SANCHEZ,
LUIS R. SANCHEZ, EDWIN TORREZ, ZULEIMA REYES and
SANTIAGO ARROYO

### CRIMINAL COMPLAINT

CASE NUMBER: 2004 M 0500 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about December 2003 and continuing ____ in MIDDLESEX AND WORCESTER county, in the to in or about October 2004

_____ District of    MASSACHUSETTS ____ defendant(s) did, (Track Statutory Language of Offense)

CONSPIRE TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF HEROIN, A SCHEDULE 1 CONTROLLED SUBSTANCE

in violation of Title ____ 21 ____ United States Code, Section(s) _____ 846, 841(a)(1) _____ .

I further state that I am a(n) _____ SPECIAL AGENT, DEA _____ and that this complaint is based on the following
Official Title

facts:

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT CALICE COUCHMAN

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

**Special Agent Calice Couchman**

Sworn to before me and subscribed in my presence,

10-14-2004    at 6.55 pm    at    BOSTON, MASSACHUSETTS
Date                                                                    City and State

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE    _____
Name & Title of Judicial Officer                                        Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. I _____    Investigating Agency DEA _____

City _____                 **Related Case Information:**

County   MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____  Case No. 04mj500
                                Same Defendant _____  New Defendant _____
                                Magistrate Judge Case Number _____  (01)
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JULIO CARRION SANTIAGO _____    Juvenile   ☐ Yes   ☒ No

Alias Name   MACHO

Address   264 MECHANIC ST., 2ND FL., LEOMINISTER, MA

Birth date (Year only):  1959  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER _____    Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No        List language and/or dialect:   SPANISH

Matter to be SEALED:   ☒ Yes   ☐ No

        ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint        ☐ Information        ☐ Indictment

Total # of Counts:   ☐ Petty _____    ☐ Misdemeanor _____    ☐ Felony _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:   OCTOBER 14, 2004        Signature of AUSA _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     JULIO CARRION SANTIAGO _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County**  MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No.  04 mj 500
                                                                        (02)
                                    Same Defendant _____    New Defendant _____
                                    Magistrate Judge Case Number    _____
                                    Search Warrant Case Number    _____
                                    R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  PEDRO ALBERTO MIRANDA _____    Juvenile  ☐ Yes  ☒ No

Alias Name  TAVO _____

Address  212 WILDER ST., LOWELL, MA _____

Birth date (Year only):  1969  SSN (last 4 #): _____  Sex ____  Race: _____  Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE CASPER _____    **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes  ☐ No    **List language and/or dialect:**    SPANISH _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

        ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____    in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**  OCTOBER 14, 2004    **Signature of AUSA:** Denise J. Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    PEDRO ALBERTO MIRANDA

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** I _____   **Investigating Agency** DEA _____

**City** _____   **Related Case Information:**

**County**  MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____   Case No. _04 mJ 500_
                                  Same Defendant _____   New Defendant _____ (03)
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  REYNALDO RIVERA _____   Juvenile   ☐ Yes   ☒ No

Alias Name   REY _____

Address   235 18TH ST., APT 204 DRACUT, MA _____

Birth date (Year only):  1978   SSN (last 4 #): ____   Sex ___   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____
                                                               _____

**Bar Number:** _____ .

**U.S. Attorney Information:**

**AUSA**   DENISE CASPER _____   **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes  ☐ No         **List language and/or dialect:**   SPANISH _____

**Matter to be SEALED:**   ☒ Yes   ☐ No

        ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**   ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

                    **Continue on Page 2 for Entry of U.S.C. Citations**

☐        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:**  OCTOBER 14, 2004        **Signature of AUSA:** _Denise Q. Wopm_

✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     REYNALDO RIVERA _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

🖎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. I _____    Investigating Agency __DEA_____

City _____    **Related Case Information:**

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. $04-MJ-500$
                                                                                         $(04)$
                            Same Defendant _____    New Defendant _____
                            Magistrate Judge Case Number    _____
                            Search Warrant Case Number    _____
                            R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name __JOSE RODRIGUEZ_____    Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address __261 AILEEN ST 2ND FL. LOWELL, MA_____

Birth date (Year only): __1962__  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____
                                                          _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _____

Interpreter:    ☒ Yes  ☐ No    **List language and/or dialect:**    __SPANISH_____

Matter to be SEALED:    ☒ Yes   ☐ No

          ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____  in  _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____  on  _____

**Charging Document:**    ☒ Complaint          ☐ Information          ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☐      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:  **OCTOBER 14, 2004**        Signature of AUSA: _Denise J. Casper_____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     JOSE RODRIGUEZ** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. _04MJ 500_
                                    Same Defendant _____    New Defendant _____ (05)
                                    Magistrate Judge Case Number _____
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _ENRIQUE AGOSTO_    Juvenile ☐ Yes ☒ No

Alias Name _____

Address _1 SHATTUCK ST APT 303, LOWELL, MA_

Birth date (Year only): _1964_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE CASPER    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** SPANISH

**Matter to be SEALED:** ☒ Yes ☐ No

     ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____    on _____

**Charging Document:** ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** OCTOBER 14, 2004    **Signature of AUSA:** _Denise D. Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    ENRIQUE AGOSTO _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. § 846 | CONSPIRACY TO DISTRIBUTE HEROIN | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _I_____    Investigating Agency _DEA_____

City _____    Related Case Information:

County  _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _____    Case No. _04mJ 500_

Same Defendant _____    New Defendant _____ _(06)_

Magistrate Judge Case Number    _____

Search Warrant Case Number    _____

R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  _JOSE TORRADO_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address  _241 MOODY STREET, LOWELL, MA_____

Birth date (Year only): _1980_  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  _DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    _SPANISH_____

Matter to be SEALED:    ☒ Yes    ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **OCTOBER 14, 2004**    Signature of AUSA: _Denise J. Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    JOSE TORRADO** _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    Related Case Information:

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04mj500

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____    (07)

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  CARLOS SANCHEZ _____    Juvenile  ☐ Yes  ☒ No

Alias Name  CARLITOS _____

Address  270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA _____

Birth date (Year only):  1982  SSN (last 4 #): ____  Sex ____  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER _____    **Bar Number if applicable** _____

Interpreter:  ☒ Yes ☐ No    **List language and/or dialect:**  SPANISH _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____  in _____ .

☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☒ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  OCTOBER 14, 2004    Signature of AUSA:  _Denise J. Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     CARLOS SANCHEZ _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**                    NS 04-500

**County**  MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. _____    (08)
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  LUIS R. SANCHEZ _____    Juvenile  ☐ Yes  ☒ No

Alias Name  PITO _____

Address  427 ROSEWOOD LANE, LOWELL, MA _____

Birth date (Year only):  1974  SSN (last 4 #): ____ Sex __ Race: _____ Nationality: _____

Defense Counsel if known: _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER _____    Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No    List language and/or dialect:    SPANISH _____

Matter to be SEALED:    ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  OCTOBER 14, 2004    **Signature of AUSA:** _Denise J. Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     LUIS R. SANCHEZ** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**   **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. _I_____   Investigating Agency _DEA_____

City _____

**Related Case Information:**

County   MIDDLESEX/WORCESTER

Superseding Ind./ Inf. _____   Case No. _04mj500_
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

(09)

**Defendant Information:**

Defendant Name   EDWIN TORREZ   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   219 BLACK BROOK RD., LOWELL, MA

Birth date (Year only): _1965_  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER   Bar Number if applicable _____

Interpreter:   ☒ Yes ☐ No   List language and/or dialect:   SPANISH

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   OCTOBER 14, 2004   Signature of AUSA: _Denise J. Casper_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     EDWIN TORREZ** _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. __I__   Investigating Agency __DEA_____

City _____   Related Case Information:

County __MIDDLESEX/WORCESTER__   Superseding Ind./ Inf. _____   Case No. 04mj500

Same Defendant _____   New Defendant _____ (10)

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ZULEIMA REYES_____   Juvenile ☐ Yes ☒ No

Alias Name __LINDA_____

Address __10 CONLON TERRACE, LOWELL, MA_____

Birth date (Year only): __1979__ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____   Bar Number if applicable _____

Interpreter:   ☒ Yes ☐ No   List language and/or dialect: __SPANISH_____

Matter to be SEALED:   ☒ Yes ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   **OCTOBER 14, 2004**   Signature of AUSA _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**      ZULEIMA REYES _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

🖉 JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I    **Investigating Agency** DEA

**City** _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04mJ500

Same Defendant _____    New Defendant _____ (11)
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** SANTIAGO ARROYO    Juvenile ☐ Yes ☒ No

**Alias Name** _____

**Address** 4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE

**Birth date (Year only):** 1983    **SSN (last 4 #):** _____  **Sex** ___  **Race:** _____  **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** SPANISH

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** OCTOBER 14, 2004    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    SANTIAGO ARROYO

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**