AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

———————————— DISTRICT OF ————————————

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| PEDRO ALBERTO MIRANDA A/K/A TAVO | CASE NUMBER: |

2004M 0500 RBC-02

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _PEDRO ALBERTO MIRANDA A/K/A TAVO_
                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRARCY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE HEROIN

in violation of
Title _____21_____ United States Code, Section(s) _846, 841 (a)(1)_

ROBERT B. COLLINGS
Name of Issuing Officer

_/s/_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer   10:45 pm

10-14-2004   BOSTON, MA
Date and Location  North Reading, Massachusetts

Bail fixed at $ _____   by _____
                                   Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.